## CAMERON v. MERISEL, INC.

[359 N.C. 317 (2005)]

TOMMY DAVIS NATHAN CAMERON, AND WIFE LISA CAMERON v. MERISEL, INC., MERISEL PROPERTIES, INC., MERISEL AMERICAS, INC., AND BRIAN GOLDSWORTHY

No. 227PA04

(Filed 4 March 2005)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 163 N.C. App. 224, 593 S.E.2d 416 (2004), affirming in part and reversing and remanding in part an order entered on 19 August 2002 by Judge Narley L. Cashwell in Superior Court, Wake County. On 12 August 2004, the Supreme Court allowed plaintiffs' conditional petition for discretionary review as to additional issues. Heard in the Supreme Court 8 February 2005.

*Hunton & Williams LLP, by Steven B. Epstein, for plaintiff-appellees/appellants.*

*Cranfill, Sumner & Hartzog, L.L.P., by William W. Pollock, for defendant-appellants/appellees.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.